IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

FILED
04 SEP -2 AM 9:29
U.S. ~~~~~~
N.D. OF ALABAMA COURT

| | | |
|---|---|---|
| ROBERT WILLIAMS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CV-01-PT-1086-E |
| | ) | |
| ARTHUR L. DIZON, ET AL., | ) | |
| | ) | |
| Defendants. | ) | |

ENTERED
SEP 2 2004

MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on August 2, 2004, recommending that the defendants' motion for summary judgment be granted and this cause be dismissed with prejudice. No objections have been filed by any party.[1]

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and his recommendation is ACCEPTED. The Court EXPRESSLY FINDS that there are no genuine issues of material fact and that the defendants are entitled to judgment as a matter of law. Accordingly, defendants' motion for summary judgment is due to be GRANTED and this action is due to be DISMISSED WITH PREJUDICE. A Final Judgment will be entered.

DONE this the 1ST day of Sept ____, 2004.

ROBERT B. PROPST
UNITED STATES DISTRICT JUDGE

_____

[1] The court notes that the Magistrate Judge's Report and Recommendation mailed to the plaintiff at the address provided by him was returned to the court as undeliverable. According to Bureau of Prisons' records, plaintiff was released from custody on November 14, 2003. Plaintiff has failed to notify the court of his new address.

47